Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: Steven.dailey@kutakrock.com
Email: Rebecca.wilson@kutakrock.com

Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SELECT PORTFOLIO SERVICING, INC.; OHIO SAVINGS BANK; and NEW YORK COMMUNITY BANCORP, INC.

JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN K. REED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OHIO SAVINGS BANK; NEW YORK COMMUNITY BANCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CAL-WESTERN RECONVEYANCE CORP.; ALDRIDGE PITE, LLP; CLEAR RECON CORP.; SELECT PORTFOLIO SERVICING; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13; DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 2:19-cv-03019 PSG-MRWx<br><br>Assigned to<br>District Judge: Hon. Philip S. Gutierrez<br>Courtroom:<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Michael R. Wilner<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL<br><br>Date Filed: April 18, 2019 |

1 | On July 9, 2019, the Court granted Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s, SELECT PORTFOLIO SERVICING, INC.'s, NEW YORK COMMUNITY BANCORP's, and OHIO SAVINGS BANK's [collectively "Moving Defendants"] Motion to Dismiss Plaintiff JOHN K REED's Complaint without leave to amend. Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed, with prejudice, as to Moving Defendants, and each of them, and that a Judgment of Dismissal be entered in favor of Moving Defendants and against Plaintiff. Plaintiff is awarded nothing in this action against Moving Defendants, or any of them.

Dated: 7/22/2019

_____
Hon. Philip S. Gutierrez