Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: Steven.dailey@kutakrock.com
Email: Rebecca.wilson@kutakrock.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR TOWD POINT MASTER
FUNDING TRUST 2017-PM13

E-FILED
OCT - 2 2019
Document #

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHN K. REED,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SAVINGS BANK; NEW YORK COMMUNITY BANCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CAL-WESTERN RECONVEYANCE CORP.; ALDRIDGE PITE, LLP; CLEAR RECON CORP.; SELECT PORTFOLIO SERVICING; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13; DOES 1 to 10,<br><br>Defendants. | Case No. 2:19-cv-03019 PSG-MRWx<br><br>Assigned to<br>District Judge: Hon. Philip S. Gutierrez<br>Courtroom:<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Michael R. Wilner<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>Date Filed: April 18, 2019 |

- 1 -
2:19-cv-03019-PSG-MRW
[PROPOSED] JUDGMENT OF DISMISSAL

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4846-3159-7224.1

On September 26, 2019, the Court granted Defendant U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13's ["U.S. BANK's"] Motion to Dismiss Plaintiff JOHN K REED's Complaint without leave to amend. Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed, with prejudice, as to U.S. BANK and that a Judgment of Dismissal be entered in favor of U.S. BANK and against Plaintiff. Plaintiff is awarded nothing in this action against U.S. BANK.

Dated: 10/1/19

_____
Hon. Philip S. Gutierrez

Kutak Rock LLP
Attorneys At Law
Irvine

- 2 -   2:19-cv-03019-PSG-MRW
[PROPOSED] JUDGMENT OF DISMISSAL
4846-3159-7224.1